# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 1, 2012

143627 & (87)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

DEBRA ILE, as Personal Representative of
the ESTATE OF DARRYL ILE, and DEBRA
ILE, individually and on behalf of themselves
and all others similarly situated,
        Plaintiffs-Appellees,

v

FOREMOST INSURANCE COMPANY,
        Defendant-Appellant.
_____/

SC: 143627
COA: 295685
Wayne CC: 09-010741-CK

      On order of the Court, the motion for leave to file a brief amicus curiae is GRANTED. The application for leave to appeal the July 14, 2011 judgment of the Court of Appeals is considered, and it is GRANTED. The parties shall include among the issues to be briefed whether the underinsured motorist coverage with limits of $20,000 per person and $40,000 per accident in the insurance policy issued by Foremost Insurance Company is illusory and, if so, what remedy is available to the plaintiffs.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 1, 2012

_____
Clerk

h0125